*D. Wallace,* for the state.

May Term,<br>
1851.<br>
———<br>
The State<br>
v.<br>
Trimble.

---

THE STATE *v.* TRIMBLE.—In Error.

INDICTMENT, found at the *Fall* term, 1848, for an assault and battery.

At the *Spring* term, (13th of *March,*) 1849, the indictment was dismissed.

The statute of the 13th of *January,* 1849, which took effect from its passage, gives exclusive jurisdiction, in *Decatur* county, to justices of the peace of such offences as that described in the indictment.  Acts of 1849, p. 79. The previous law, therefore, under which the indictment was found, was virtually repealed.  After such repeal (the repealing act not saving pending suits), the Circuit

May Term,
1851.

Court had no jurisdiction of the present case, and the indictment was rightly dismissed.

*J. S. Scobey*, for the state.

*A. Davison*, for the defendant.